IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFFORDABLE BUSINESS INTERIORS, INC. (d/b/a BOS), <br>           Plaintiffs, <br><br> v. <br><br> POMEROY IT SOLUTIONS SALES COMPANY, INC. (d/b/a) GETRONICS, INC., <br><br>           Defendants. | Case No: 20-cv-02351 |

## MOTION FOR JUDGMENT UPON DEFAULT

NOW COMES Plaintiff AFFORDABLE BUSINESS INTERIORS, INC. d/b/a BOS ("BOS"), by and through its undersigned counsel, and for its Motion for Judgment Upon Default against Defendants POMEROY IT SOLUTIONS SALES COMPANY, INC. (d/b/a GETRONICS, INC.) ("Getronics"), pursuant to Federal Rule of Civil Procedure 55(b), states as follows:

1. BOS filed its Complaint for breach of contract against the Defendant on April 15, 2020. *See* D.E. 1.

2. On October 26, 2021, the Court entered a default against the Defendants. *See* D.E. 65. *See also* attached hereto as **Exhibit 1.**

3. Pursuant to their default, the Defendants admit the allegations of the Complaint. *See* Fed. R. Civ. P. 8(b)(6).

4. The Servicemembers Civil Relief Act does not apply to the corporate defendant as a non-natural person.

5. The Defendant is indebted to BOS on its breach of contract claims in the amount of $566,677.42(calculated December 7, 2021) , consisting of $402,872.16 in principal,

$163,805.26 in late fee interest, plus attorneys' fees and costs from previous representation by Duane Morris LLP through February 18, 2021 of $80,384.60, plus attorney's fees and costs from representation by L&G Law Group LLP through November 15, 2021 of $25,669.40 for a total judgment of $672,731.42, plus accruing interest at a rate of $201.43 per diem, plus attorneys' fees and costs that continue to accrue. *See* Affidavit of Jeffrey Warner in Support of Damages, attached hereto as **Exhibit 2**; *See also* Affidavit of Thomas C. Koessl in Support of Attorneys' Fees and Costs, attached hereto as **Exhibit 3**;

WHEREFORE, Plaintiff AFFORDABLE BUSINESS INTERIORS, INC. d/b/a BOS, respectfully requests that the Court enter an Order granting the motion for monetary judgment in favor of AFFORDABLE BUSINESS INTERIORS, INC. d/b/a BOS and against POMEROY IT SOLUTIONS SALES COMPANY, INC. (d/b/a GETRONICS, INC.) in the amount of $566,677.42 (as of December 7, 2021), plus attorneys' fees and costs from previous representation by Duane Morris LLP through February 18, 2021 of $80,384.60, plus attorneys' fees and costs through November 15, 2021 of $25,669.40, for a total judgment of $672,731.42,, plus accruing interest at the rate of $201.43 per diem, plus attorneys' fees and costs which continue to accrue, and any other and further relief as this Court deems just and appropriate.

Respectfully submitted,

AFFORDABLE BUSINESS INTERIORS, INC.

Date: December 9, 2021

By: _____
Thomas C. Koessl
L&G LAW GROUP, LLP
175 W. Jackson Blvd., Ste. 950
Chicago, Illinois 60604
Phone: (312) 364-2500
Fax: (312) 364-1003
tkoessl@lgcounsel.com